IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>COMMONWEALTH OF PUERTO RICO,<br><br>　　　　　　　　　Debtor. | Title III<br><br>Case No. 3:17-cv-01578 |
| ASSURED GUARANTY CORP.; ASSURED GUARANTY MUNICIPAL CORP.; AND NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION,<br><br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO; PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY; HON. RICARDO ANTONIO ROSSELLÓ NEVARES; GERARDO PORTELA FRANCO; HON. RAÚL MALDONADO GAUTIER; and JOHN DOES 1-3,<br><br>　　　　　　　　　Defendants. | Adv. No. 3:17-cv-01584 |

## CORPORATE DISCLOSURE STATEMENT

TO THE HONORABLE COURT:

　　　　Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.1 of the Local Rules of the U.S. District Court for the District of Puerto Rico, plaintiffs Assured Guaranty Corp. and Assured Guaranty Municipal Corp., Inc. (f/k/a Financial Security Assurance Inc.), hereby certify that they are both wholly owned indirect subsidiaries of Assured Guaranty Ltd., which is a public corporation whose stock is traded publicly.

USActive 36921495.2

WHEREFORE, Assured Guaranty Corp. and Assured Guaranty Municipal Corp., Inc., respectfully request the Court to take notice of the aforementioned and of their compliance with the corporate disclosure rules.

Respectfully submitted in San Juan, Puerto Rico, this 4th day of May, 2017.

| CASELLAS ALCOVER & BURGOS P.S.C. | CADWALADER, WICKERSHAM & TAFT LLP |
|---|---|
| By: /s/ Heriberto J. Burgos Pérez<br>    Heriberto J. Burgos Pérez<br>    USDC-PR 204809 | By: /s/ Howard R. Hawkins, Jr.<br>    Howard R. Hawkins, Jr.<br>    (*pro hac vice* admission forthcoming) |
| By: /s/ Ricardo F. Casellas Sánchez<br>    Ricardo F. Casellas-Sánchez<br>    USDC-PR 203114 | By: /s/ Mark C. Ellenberg<br>    Mark C. Ellenberg<br>    (*pro hac vice* admission forthcoming) |
| By: /s/ Diana Pérez Seda<br>    Diana Pérez Seda<br>    USDC-PR 232014 | By: /s/ Ellen M. Halstead<br>    Ellen M. Halstead<br>    (*pro hac vice* admission forthcoming) |
| P.O. Box 364924<br>San Juan, PR 00936-4924<br>Telephone: (787) 756-1400<br>Telephone: (787) 756-1401<br>hburgos@cabprlaw.com<br>rcasellas@cabprlaw.com<br>dperez@cabprlaw.com | By: /s/ Thomas J. Curtin<br>    Thomas J. Curtin<br>    (*pro hac vice* admission forthcoming)<br><br>By: /s/ Casey J. Servais<br>    Casey J. Servais<br>    (*pro hac vice* admission forthcoming) |
| *Attorneys for Assured Guaranty Corp. and Assured Guaranty Municipal Corp.* | 200 Liberty Street<br>New York, NY 10281<br>Telephone: (212) 504-6000<br>Facsimile: (212) 406-6666<br>howard.hawkins@cwt.com<br>mark.ellenberg@cwt.com<br>ellen.halstead@cwt.com<br>thomas.curtin@cwt.com<br>casey.servais@cwt.com<br><br>*Attorneys for Assured Guaranty Corp. and Assured Guaranty Municipal Corp.* |

## **CERTIFICATE OF SERVICE**

I certify that I filed this document electronically with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all parties of record in the captioned case.

At San Juan, Puerto Rico, this 4th day of May, 2017.

        CASELLAS ALCOVER & BURGOS P.S.C.
        P.O. Box 364924
        San Juan, PR 00936-4924
        T. (787) 756-1400
        F. (787) 756-1401
        hburgos@cabprlaw.com

        /s/ Heriberto J. Burgos Pérez
        Heriberto J. Burgos Pérez
        USDC-PR 204806